IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA, and
THE STATE OF FLORIDA, *ex rel.*,
MARGARET PETERS, R.N.,

    Plaintiffs,

vs.

HOPE HOSPICE AND COMMUNITY
SERVICES, INC., f/k/a HOPE OF
SOUTHWEST FLORIDA, INC., f/k/a H.O.P.E.
OF LEE COUNTY, INC., d/b/a HOPE
HEALTHCARE SERVICES; VISITING
NURSES ASSOCIATION OF SOUTHWEST
FLORIDA, INC.; FLORIDA PACE
ASSOCIATION, INC.; HOPE MEMORIAL
CARE, INC.; and SAMIRA BECKWITH,

    Defendants.

Case: 2:16-cv-6-FtM-99MRM

FILED IN CAMERA
AND UNDER SEAL

## UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION FOR THE PURPOSE OF THE SETTLEMENT OF CLAIMS AGAINST CERTAIN DEFENDANTS, AND DECLINATION AS TO CERTAIN DEFENDANTS

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(4) and Middle District of Florida Local Rule 3.08(a), the United States notifies the Court of its decision to intervene in this action for the purpose of settlement against certain named defendants, and decline intervention as to the remaining defendants.

The United States intervenes against defendant Hope Hospice and Community Services, Inc. d/b/a Hope Hospice ("Hope Hospice") with respect to the Covered Conduct defined in the Settlement Agreement entered into between, amongst others, Defendant Hope Hospice; Relator Margaret Peters; and the United States on July 2, 2020.

With respect to the defendants Visiting Nurses Association of Southwest Florida, Inc.; Florida Pace Association, Inc.; Hope Memorial Care, Inc.; and Samira Beckwith, the United States notifies the Court of its decision to decline to intervene in this action. Based on the Settlement Agreement, the United States anticipates that Relator will dismiss its claims against the remaining Defendants and hereby consents to the dismissal so long as it is without prejudice to the United States.

In addition, the United States requests that the following documents be unsealed: (1) the United States' Notice of Intervention and Declination; (2) the Relator's Complaint; and (3) the attached Order unsealing these documents. However, with respect to Relator's Complaint, the United States requests that the address of Samira Beckwith contained in paragraph 13 on page 5 of the Complaint be redacted. A copy of the Complaint with the requested redactions is hereby attached as Exhibit A.

Finally, the United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Kyle S. Cohen*
KYLE S. COHEN
Assistant United States Attorney
Florida Bar No. 0829951
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone No. (239) 461-2200
Facsimile No. (239) 461-2219
Email: Kyle.Cohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, a true and correct copy of the foregoing Notice of Intervention and Declination was sent by email to the following parties:

Mark Schlein
MSchlein@BaumHedlundLaw.com

*s/ Kyle S. Cohen*
KYLE S. COHEN
Assistant United States Attorney